```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 03432
   GLENN T JEZIORSKI
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1601


-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 02/15/2008 and was not confirmed.

     The case was dismissed without confirmation 03/17/2008.
-------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
-------------------------------------------------------------------------
QUANTUM SERVICING CORPOR CURRENT MORTG         .00         .00          .00
QUANTUM SERVICING CORPOR SECURED NOT I    46020.34         .00          .00
WORLDWIDE ASSET PURCHASI UNSECURED         5983.36         .00          .00
CHAD M HAYWARD           DEBTOR ATTY           .00                      .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------       --------------
TOTALS                     .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE